No. 87–74.   BRYAN MEMORIAL HOSPITAL v. NATIONAL LABOR RELATIONS BOARD.   C. A. 8th Cir.   Certiorari denied.

No. 87–77.   HEATH v. CAST ET AL.; and MCKINLEY v. CITY OF RIVERSIDE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–78.   PERRY v. RAPOSO.   C. A. 9th Cir.   Certiorari denied.

No. 87–80.   VIDA, PERSONAL REPRESENTATIVE OF THE ESTATE OF VIDA v. PATAPSCO & BACK RIVERS RAILROAD CO.   C. A. 4th Cir.   Certiorari denied.

No. 87–81.   CHEEK v. LOS ANGELES POLICE DEPARTMENT ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87–83.   CITY OF PITTSBURGH, PENNSYLVANIA, ET AL. v. SULLIVAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–84.   E. I. DU PONT DE NEMOURS & CO., INC. v. JOHANSEN.   C. A. 5th Cir.   Certiorari denied.

No. 87–85.   BUSHONG v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 87–88.   MABRY v. STATE BOARD FOR COMMUNITY COLLEGES AND OCCUPATIONAL EDUCATION ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 87–90.   BURTON, BY HER FATHER AND NEXT FRIEND AND NATURAL GUARDIAN, BURTON, ET AL. v. WILCOX ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–91.   BREWSTER v. MOUNT VERNON HOSPITAL ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–93.   FUSCO ET UX. v. CONNECTICUT ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–94.   AMERICAN CYANAMID CO. v. DOW CHEMICAL CO.   C. A. Fed. Cir.   Certiorari denied.